UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC.,<br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS BRICKLAYERS, AND<br>ALLIED CRAFTMAN UNION, LOCAL NO. 3,<br>Defendant | )<br>)<br>)<br>)   C.A. No. 05-10463NG<br>)<br>)<br>)<br>)<br>) |

### UNI-CON FLOORS, INC.'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Now comes the Plaintiff, Uni-Con Floors, Inc., and pursuant to Local Rule 7.3 informs this court that Uni-Con Floors, Inc., has no parent corporation and no publicly held company owns 10% or more of its stock.

Respectfully submitted,
The Plaintiff, Uni-Con Floors, Inc.
By its Attorney,

*/s/ John E. Zajac*
John E. Zajac, Esquire
*CARMICHAEL & ZAJAC, P.C.*
170 High Street
Taunton, MA 02780
(508) 821-2552
BBO # 560195

Dated:    April 13, 2005

## CERTIFICATE OF SERVICE

I, John E. Zajac, Esquire, hereby certify that on this 13th day of April, 2005, I have forward a true and accurate copy of the foregoing Uni-Con Floors, Inc.'s Disclosure Statement Pursuant to Local Rule 7.3 via first class mail, postage prepaid, to the attorney of record for the Defendant, Michael A. Feinberg, Esquire, Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109.

*/s/ John E. Zajac*
John E. Zajac, Esquire