UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>BRICKLAYERS & ALLIED CRAFTSMEN )<br>UNION, LOCAL 3 – EASTERN )<br>MASSACHUSETTS )<br>        Defendant. )<br>) | C.A. No.: 05-10463 NG |

NOTICE OF APPEARANCE

I, Jonathan M. Conti, of Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109, hereby appear in this case as attorney for Defendant Bricklayers and Allied Craftsmen Local No. 3, Eastern Massachusetts.

                              Respectfully submitted

                              For the Defendant
                              BRICKLAYERS AND ALLIED
                              CRAFTSMEN LOCAL 3
                              EASTERN MASSACHUSETTS
                              By its Attorney,

                              /s/ Jonathan M. Conti
                              Jonathan M. Conti, BBO#657163
                              Feinberg, Campbell & Zack, P.C.
                              177 Milk Street
                              Boston, MA  02109
Dated this 16th of November, 2005.      (617) 338-1976

2

**<u>Certificate of Service</u>**

  I, Jonathan M. Conti, counsel for Defendant Bricklayers and Allied Craftsmen Local No. 3, Eastern Massachusetts, hereby certify that on this date I served a copy of the within document by first class mail, postage prepaid, to David M. Fleury, Esq., Carmichael & Zajac, P.C. 170 High Street, Taunton, MA 02780

Dated this 16th day of November, 2005.  /s/ Jonathan M. Conti
                   Jonathan M. Conti