UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNI-CON FLOORS, INC.,<br>Plaintiff,<br><br>v.<br><br>BRICKLAYERS & ALLIED CRAFTSMEN<br>UNION, LOCAL 3 – EASTERN<br>MASSACHUSETTS<br>Defendant. | C.A. No.: 05-10463 NG |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Defendant, Bricklayers and Allied Craftsmen Local No. 3, Eastern Massachusetts, and its counsel hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____     11/15/05
Charles Raso, as President/Secretary-Treasurer     Dated
of Bricklayers and Allied Craftsmen
Local No.3 Eastern Massachusetts

_____     11/15/05
Jonathan M. Conti     Dated
BBO# 657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

## Certificate of Service

I, Jonathan M. Conti, counsel for Defendant Bricklayers and Allied Craftsmen Local No. 3, Eastern Massachusetts, hereby certify that on this date I served a copy of the within document by first class mail, postage prepaid, to David M. Fleury, Esq., Carmichael & Zajac, P.C., 170 High Street, Taunton, MA 02780.

Dated this ____ day of November, 2005.

_____
Jonathan M. Conti