UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC.<br>Plaintiff,<br><br>v.<br><br>BRICKLAYERS & ALLIED CRAFTSMEN<br>UNION, LOCAL 3 – EASTERN<br>MASSACHUSETTS<br>Defendant. | C.A. No.: 05-10463 NG |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Bricklayers and Allied Craftsmen Local 3, Eastern Massachusetts hereby moves the Court to enter judgment in its favor as a matter of law. In support of its motion, Defendant submits the attached Memorandum of Law.

                                                Respectfully submitted

                                                For the Defendant
                                                BRICKLAYERS AND ALLIED
                                                CRAFTSMEN LOCAL 3
                                                EASTERN MASSACHUSETTS
                                                By its Attorney,

                                                /s/ Jonathan M. Conti
                                                Jonathan M. Conti, BBO#657163
                                                Feinberg, Campbell & Zack, P.C.
                                                177 Milk Street
                                                Boston, MA  02109
Dated this 16th of November, 2005.      (617) 338-1976

CERTIFICATE OF COMPLIANCE

    I, Jonathan M. Conti, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

Certificate of Service

    I, Jonathan M. Conti, counsel for Defendant Bricklayers and Allied Craftsmen Local No. 3, Eastern Massachusetts, hereby certify that on this date I served a copy of the within document by first class mail, postage prepaid, to David M. Fleury, Esq., Carmichael & Zajac, P.C. 170 High Street, Taunton, MA 02780.

Dated this 16th day of November, 2005.    /s/ Jonathan M. Conti
                                                                           Jonathan M. Conti