UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNI-CON FLOORS, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 05-10463 NG |
| | ) | |
| BRICKLAYERS & ALLIED CRAFTSMEN UNION, LOCAL 3 – EASTERN MASSACHUSETTS | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED PRETRIAL SCHEDULE**

Pursuant to the Notice of Scheduling Conference issued by this Court, Defendant's counsel has attempted to confer with Plaintiff's counsel for the express purpose of (1) preparing an agenda of matters to be discussed at the December 28, 2005 scheduling conference, (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery, and (3) considering whether they will consent to trial by magistrate judge.

As Plaintiff counsel did not respond to Defendant counsel's request to confer, Defendant submits, subject to Court approval, to prepare for trial in accordance with the following proposed pretrial schedule.

1. All discovery shall be completed by March 3, 2006.

2. Defendant filed a Motion for Summary Judgment on November 16, 2005.

3. The final pre-trial conference shall be scheduled in conjunction with the initial scheduling conference.

4. The Defendant at this time declines to consent to trial by magistrate.

        Respectfully submitted,

        For the Defendant
        BRICKLAYERS AND ALLIED
        CRAFTSMEN LOCAL NO. 3,
        EASTERN MASSACHUSETTS

        By its attorney


        /s/ Jonathan M. Conti
        Jonathan M. Conti,
        BBO # 657163
        Feinberg, Campbell & Zack, P.C.
        177 Milk Street
        Boston, MA 02109
        (617) 338-1976

Dated this 20th day of December 2005.


## Certificate of Service

I, Jonathan M. Conti, counsel for Defendant Bricklayers and Allied Craftsmen Local No. 3, Eastern Massachusetts, hereby certify that on this date I served a copy of the within document by first class mail, postage prepaid, to David M. Fleury, Esq., Carmichael & Zajac, P.C., 170 High Street, Taunton, MA 02780.


        /s/ Jonathan M. Conti
        Jonathan M. Conti