UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNI-CON FLOORS, INC.,               *
               Plaintiff   *
vs.                                 *
                                    *
BRICKLAYERS & ALLIED CRAFTSMEN*
UNION, LOCAL 3- EASTERN             *
MASSACHUSETTS,                      *
               Defendant   *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, by and through counsel in the above-encaptioned matter, and pursuant to Federal Rules of Civil Procedure, Rule 56, herein opposes the Defendant's Motion for Summary Judgment.

Respectfully submitted,

For the Plaintiff,

By its attorney,

_____
David M. Fleury, Esquire, B.B.O. #553860
Carmichael, Zajac & Fleury, P.C.
170 High Street
Taunton, MA 02780
(508) 821-2552

Dated: January 5, 2006

1