UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
UNI-CON FLOORS, INC.,              *
                    Plaintiff       *
vs.                                 *
                                    *
BRICKLAYERS & ALLIED CRAFTSMEN*
UNION, LOCAL 3- EASTERN             *
MASSACHUSETTS,                      *
                    Defendant       *
*************************************
```

## PLAINTIFF'S EXHIBIT LIST

A. November 24, 2004 Correspondence.

B. December 7, 2004 Correspondence.

C. December 20, 2004 Correspondence.

D. January 25, 2005 Correspondence.

E. March 2, 2005 Correspondence.

F. Uni-Con Floors. Inc. Subcontract.

G. American Floor Covering Incorporated Subcontract.

H. The Commonwealth of Massachusetts William Francis Galvin, Secretary of the Commonwealth of Massachusetts, 2004 Massachusetts Corporation Annual Report, American Floor Covering, Inc.

I. The Commonwealth of Massachusetts William Francis Galvin, Secretary of the Commonwealth of Massachusetts, October 20, 2004, American Floor Covering, Inc., Statement of Change of Supplemental Information.

J.  The Commonwealth of Massachusetts William Francis Galvin, Secretary of the Commonwealth of Massachusetts, 2003 Massachusetts Corporation Annual Report, Uni-Con Floors, Inc.

K.  The Commonwealth of Massachusetts William Francis Galvin, Secretary of the Commonwealth of Massachusetts, 2004 Massachusetts Corporation Annual Report, Uni-Con Floors, Inc.

L.  The Commonwealth of Massachusetts William Francis Galvin, Secretary of the Commonwealth of Massachusetts, 2005 Massachusetts Corporation Annual Report, Uni-Con Floors, Inc.

        Respectfully submitted,
        For the Plaintiff,
        By its attorney,

        _____
        David M. Fleury, Esquire, B.B.O. #553860
        Carmichael, Zajac & Fleury, P.C.
        170 High Street
        Taunton, MA 02780
        (508) 821-2552

Dated: January 5, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.