UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNI-CON FLOORS, INC.,              \*
               Plaintiff       \*
vs.                                \*
                                   \*
BRICKLAYERS & ALLIED CRAFTSMEN\*
UNION, LOCAL 3- EASTERN            \*
MASSACHUSETTS,                     \*
               Defendant       \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2006 I served a true and accurate copy of the following documents via regular mail, postage prepaid to counsel of record for the Defendant, Jonathan M. Conti, Esquire, 177 Milk Street, Boston, MA 02109:

1. Plaintiff's Opposition to Motion for Summary Judgment.

2. Plaintiff Statement of Undisputed Facts.

3. Plaintiff's Exhibit List with Exhibits appended.

4. Certificate of Service.

5. Affidavit of Counsel.

                                             Respectfully submitted,
                                             For the Plaintiff,
                                             By its attorney,

                                             _____
                                             David M. Fleury, Esquire, B.B.O. #553860
                                             Carmichael, Zajac & Fleury, P.C.
                                             170 High Street
                                             Taunton, MA 02780
                                             (508) 821-2552

Dated: January 5, 2006