UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNI-CON FLOORS, INC. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BRICKLAYERS & ALLIED CRAFTSMEN )<br>UNION, LOCAL 3 – EASTERN )<br>MASSACHUSETTS )<br>    Defendant. )<br>) | C.A. No.: 05-10463 NG |

### SECOND AFFIDAVIT OF MICHAEL A. FEINBERG, ESQ.

Michael A. Feinberg, Esq., deposes and states as follows:

1. My name is Michael A. Feinberg. I am senior partner in the law firm of Feinberg, Campbell & Zack, P.C., and I am one of the attorneys for Defendant Bricklayers and Allied Craftsmen Local 3, Eastern Massachusetts.

2. My office never received a facsimile from Attorney David Fleury's office on January 25, 2005, requesting a postponement of the arbitration hearing scheduled for that same day.

3. Prior to receiving Plaintiff's Opposition to Defendant's Motion for Summary Judgment, I had never previously seen the document included as Exhibit D and attached to Attorney Fleury's affidavit.

SIGNED UNDER THE PENALTIES OF PERJURY THIS __18th__ DAY OF JANUARY, 2006.

_____
Michael A. Feinberg, Esq.