UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC., | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 05-10463NG |
| | ) |
| MASSACHUSETTS BRICKLAYERS | ) |
| AND ALLIED CRAFTSMAN UNION, | ) |
| LOCAL 3, | ) |
|     Defendant. | ) |

GERTNER, D.J.:

## JUDGMENT

For the reasons stated in the Court's Order of May 8, 2006, and Magistrate Judge Sorokin's Report and Recommendation of April 19, 2006, I hereby **GRANT** the motion for summary judgment [document #6] in favor of defendant. This action is hereby **DISMISSED**.

**SO ORDERED.**

Dated:   May 9, 2006                              /s/ NANCY GERTNER, U.S.D.J.