UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC.,<br>    Plaintiff,<br><br>v.<br><br>BRICKLAYERS & ALLIED CRAFTSMEN<br>UNION, LOCAL 3 – EASTERN<br>MASSACHUSETTS,<br>    Defendant. | C. A. No. 05-10463 NG |

## CERTIFICATION OF COUNSEL FOR COLONIAL

NOW COMES counsel for the intervening party Colonial Surety Company (Colonial") and, pursuant to LR, D. Mass. Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, hereby certify as follows:

1. On November 2, 2006 I conferred with Jonathan M. Conti, Esq., counsel to the Defendant Bricklayers & Allied Craftsmen Union, Local 3 – Eastern Massachusetts, in an attempt to resolve or narrow the issues contained in Colonial's Motion To Intervene. Attorney Conti and I were unable to resolve or narrow the relevant issues contained in Colonial's Motion To Intervene; and

2. I left messages for David M. Fleury, Esq., counsel to Uni-Con Floors, Inc., on October 31, November 1 and November 2, 2006 in an attempt to resolve or narrow the issues contained in Colonial's Motion To Intervene. I was unable to reach Attorney Fleury.

                                        COLONIAL SURETY COMPANY
                                        By its attorney,

Dated: <u>November 2, 2006</u>               <u>     /s/ Francis A. Shannon, III     </u>
                                        Francis A. Shannon, III, Esq.
                                        BBO # 560651
                                        Shannon Law Associates, Inc.
                                        One Bowdoin Square, 9th Floor
                                        Boston, MA 02114
                                        (617) 263-1313

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I served a true copy of the above document upon the following parties by electronically filing through this Court's CM/ECF filing system, this 2nd day of November, 2006:

Jonathan M. Conti, Esq.                David M. Fleury, Esq.
Feinberg, Campbell & Zack, P.C.      Carmichael & Zajac, P.C.
177 Milk Street                              170 High Street
Boston, MA 02109                        Taunton, MA 02780

                                        <u>     /s/ Francis A. Shannon, III     </u>
                                        Francis A. Shannon, III, Esq.

1606:018:certification