UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC.<br>          Plaintiff,<br><br>v.<br><br>BRICKLAYERS & ALLIED CRAFTSMEN<br>UNION, LOCAL 3 – EASTERN<br>MASSACHUSETTS<br>          Defendant. | )<br>)<br>)<br>)<br>)   C.A. No.: 05-10463 NG<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF JONATHAN M. CONTI
IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS

Jonathan M. Conti deposes and says as follows:

1. I am an attorney associated with the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I have acted as the legal representative of Defendant Bricklayers and Allied Craftsmen Union, Local 3- Eastern Massachusetts for the purposes of the above-captioned matter.

2. The amount of time this office has expended in representing the Defendant against Plaintiff's attempt to vacate the arbitration award has been 29.25 hours charged at the rate of $195.00 per hour and 4.75 hours charged at the rate of $215.00 per hour. Accordingly, the amount of legal fees incurred by the Fund as a result of work performed by this office is $6,670.00. The costs incurred

total $591.25. An itemized copy of Plaintiff's attorney fees and costs is attached hereto as Exhibit A.

3. The total of attorney's fees and costs incurred by the Plaintiff is $7,639.90.

SIGNED UNDER PENALTIES OF PERJURY THIS 16th DAY OF JANUARY, 2007.

/s/ Jonathan M. Conti
Jonathan M. Conti
BBO# 657163

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 123.022 Bricklayers Local 3 | | | | | | | | | |
| 123.022 | 12/08/2004 | 1 | A | 21 | 215.00 | 1.00 | 215.00 | Review of contract between Uni-Con and Suffolk; Letter to C. Raso | ARCH |
| 123.022 | 01/07/2005 | 1 | A | 1 | 215.00 | 1.00 | 215.00 | Telephone conference with C. Raso; Letter to Attorney Fleury | ARCH |
| 123.022 | 01/25/2005 | 1 | A | 18 | 215.00 | 1.00 | 215.00 | Preparation of Arbitration Award | ARCH |
| 123.022 | 02/08/2005 | 1 | A | 18 | 215.00 | 0.50 | 107.50 | Preparation of letter to Attorney Fleury with the Arbitration Award | ARCH |
| 123.022 | 02/08/2005 | 1 | A | 54 | | | 4.42 | Certified Mail Cost - letter to David Fleury, Esq. | ARCH |
| 123.022 | 03/02/2005 | 1 | A | 21 | 215.00 | 1.00 | 215.00 | Review of Attorney Fleury letter; Preparation of Response | ARCH |
| 123.022 | 03/23/2005 | 1 | A | 18 | 215.00 | 2.75 | 591.25 | Preparation of Federal Court Complaint | ARCH |
| 123.022 | 03/24/2005 | 1 | A | 114 | | | 250.00 | Filing Fees/ (38) Clerk, US District Court | ARCH |
| 123.022 | 05/10/2005 | 1 | A | 18 | 215.00 | 2.00 | 430.00 | Preparation of Answer and Counter Claim to Enforce Award | ARCH |
| 123.022 | 07/29/2005 | 3 | A | 21 | 195.00 | 0.50 | 97.50 | Review file in preparation for summary judgment | ARCH |
| 123.022 | 08/02/2005 | 3 | A | 18 | 195.00 | 2.00 | 390.00 | Preparation of Summary Judgment brief | ARCH |
| 123.022 | 08/09/2005 | 3 | A | 18 | 195.00 | 2.00 | 390.00 | Preparation of Summary Judgment brief | ARCH |
| 123.022 | 11/08/2005 | 3 | A | 21 | 195.00 | 2.50 | 487.50 | Preparation of Summary Judgment brief | ARCH |
| 123.022 | 11/11/2005 | 3 | A | 27 | 195.00 | 3.00 | 585.00 | Draft Memorandum in Support of Summary Judgment Motion, Motion for Summary Judgment, Affidavit of C. Raso, Affidavit of Michael Feinberg, Statement of Undisputed Facts, Local Rule 16.1 Certification, and Notice of Appearance | ARCH |
| 123.022 | 11/14/2005 | 3 | A | 1 | 195.00 | 1.00 | 195.00 | Edit Summary Judgment documents; Prepare exhibits; Telephone conference with Charles Raso | ARCH |
| 123.022 | 11/15/2005 | 3 | A | 1 | 195.00 | 0.50 | 97.50 | Final edit of Summary Judgment documents; Sent affidavit to Charles Raso | ARCH |
| 123.022 | 11/16/2005 | 3 | A | 1 | 195.00 | 0.50 | 97.50 | Telephone conference with Attorney Fleury's office; Review Summary Judgment documents before filing | ARCH |
| 123.022 | 12/14/2005 | 3 | A | 27 | 195.00 | 1.00 | 195.00 | Draft Joint Scheduling Report and fax to Attorney Fleury; Draft Settlement letter offer to Fleury | ARCH |
| 123.022 | 12/20/2005 | 3 | A | 27 | 195.00 | 0.50 | 97.50 | Draft Defendant's Scheduling Report and file with the Court | ARCH |
| 123.022 | 12/28/2005 | 3 | A | 21 | 195.00 | 2.50 | 487.50 | Review Summary Judgment brief and Scheduling Conference report; Attend Scheduling Conference | ARCH |
| 123.022 | 01/10/2006 | 3 | A | 16 | 195.00 | 3.00 | 585.00 | Conference with Attorney Feinberg; Review file and Uni-Con's Opposition for Motion for Summary Judgment; Research; Draft memo to Attorney Feinberg; Telephone conference with Court clerk | ARCH |
| 123.022 | 01/11/2006 | 3 | A | 1 | 195.00 | 1.50 | 292.50 | Telephone conference with Court clerk; Research for Motion to Strike | ARCH |
| 123.022 | 01/12/2006 | 3 | A | 20 | 195.00 | 0.50 | 97.50 | Research; Conference with Attorney Feinberg regarding Striking of Opposition and Reply Memorandum | ARCH |
| 123.022 | 01/13/2006 | 3 | A | 27 | 195.00 | 3.00 | 585.00 | Draft Motion to Strike, Opposition to Motion for Summary Judgment and Reply Memorandum of Law in Support of Motion for Summary Judgment | ARCH |
| 123.022 | 01/17/2006 | 3 | A | 27 | 195.00 | 2.00 | 390.00 | Edit Motion to Strike and Reply Memorandum of Law | ARCH |
| 123.022 | 01/18/2006 | 3 | A | 14 | 195.00 | 0.50 | 97.50 | Letter to C. Raso regarding affidavit; Prepare exhibits | ARCH |
| 123.022 | 04/20/2006 | 3 | A | 21 | 195.00 | 0.50 | 97.50 | Review Magistrate Judge's Decision; Letter to C. Raso | ARCH |
| 123.022 | 05/11/2006 | 3 | A | 27 | 195.00 | 1.00 | 195.00 | Draft Notice of Deposition and list of documents for Uni-con produce | ARCH |
| 123.022 | 06/06/2006 | 3 | A | 21 | 195.00 | 1.00 | 195.00 | Review arbitration award and file in preparation for deposition | ARCH |
| 123.022 | 06/07/2006 | 3 | A | 27 | 195.00 | 0.50 | 97.50 | Draft letter and Notice of Deposition | ARCH |
| 123.022 | 06/15/2006 | 3 | A | 27 | 195.00 | 0.50 | 97.50 | Draft letter to Attorney Fleury regarding records and deposition | ARCH |
| 123.022 | 06/16/2006 | 3 | A | 35 | 195.00 | 0.50 | 97.50 | Edit letter to Fleury | ARCH |
| 123.022 | 07/10/2006 | 3 | A | 27 | 195.00 | 1.00 | 195.00 | Draft Subpoena for American Floor Company; Conference with Attorney Feinberg; Letter to American Floor Company | ARCH |
| 123.022 | 07/17/2006 | 1 | A | 115 | | | 128.65 | Service of Witness Subpoena: Commonwealth of Massachusetts, Bristol County Sheriff's Office | ARCH |
| 123.022 | 07/24/2006 | 3 | A | 14 | 195.00 | 0.50 | 97.50 | Letter and telephone confernce with Attorney Fleury | ARCH |
| 123.022 | 08/09/2006 | 1 | A | 118 | | | 141.28 | Photocopying Expenses/ copies of discovery documents from Attorney Fleury | ARCH |
| 123.022 | 08/11/2006 | 3 | A | 21 | 195.00 | 2.50 | 487.50 | Review documents provided by Uni-Con consultant Fees/ Floors and American Floor Company | ARCH |
| 123.022 | 08/14/2006 | 3 | A | 18 | 195.00 | 1.50 | 292.50 | Preparation of calculations of hours, wages and contributions owed on UMass project; Memo to Attorney Feinberg | ARCH |
| 123.022 | 08/16/2006 | 3 | A | 27 | 195.00 | 0.50 | 97.50 | Draft Demand letter to David Fleury | ARCH |
| 123.022 | 08/24/2006 | 3 | A | 27 | 195.00 | 3.00 | 585.00 | Draft Motion for Post Judgment Trustee process, Affidavit of Attorney Conti and Trustee Summons; Research | ARCH |
| 123.022 | 08/25/2006 | 3 | A | 35 | 195.00 | 1.00 | 195.00 | Edit Post Judgment Motion for Trustee Process; Prepare Affidavit of Attorney Conti and Trustee Summons | ARCH |
| 123.022 | 08/28/2006 | 3 | A | 35 | 195.00 | 1.50 | 292.50 | Edit Post Judgment Trustee Process documents | ARCH |
| 123.022 | 08/29/2006 | 3 | A | 35 | 195.00 | 2.00 | 390.00 | Final edit to and filing of Trustee Process documents | ARCH |
| 123.022 | 09/01/2006 | 1 | A | 118 | | | 121.48 | Photocopying Expenses- documents from Attorney Fleury | ARCH |
| 123.022 | 09/06/2006 | 3 | A | 1 | 200.00 | 1.50 | 300.00 | Telephone conference with C. Raso; Draft letter to Bacon Construction regarding claim against Uni-Con; Letter to Attorney Fleury | ARCH |
| 123.022 | 09/07/2006 | 1 | A | 54 | | | 5.14 | Certified Mail Cost-Copy of Documents to George Agostini | ARCH |
| 123.022 | 09/07/2006 | 1 | A | 54 | | | 5.14 | Certified Mail Cost-Copy of Documents to Superintendent Dr. Robert O. McIntyre | ARCH |
| 123.022 | 09/12/2006 | 3 | A | 14 | 200.00 | 0.50 | 100.00 | Letter to Uni-Con's attorney; Telephone conference with C. Raso | ARCH |
| 123.022 | 09/14/2006 | 2 | A | 207 | | | 755.31 | Fee Adjustment | ARCH |
| 123.022 | 09/14/2006 | 1 | A | 134 | | | 43.39 | Online Computer Research Charges via Lexis-Nexis during the | ARCH |

Case 1:05-cv-10463-NG    Document 42    Feinberg, Campbell & Zack, Filed 01/16/2007    Page 2 of 2

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 123.022 Bricklayers Local 3 | | | | | | | | month of August 2006 | |
| 123.022 | 10/04/2006 | 3 | A | 21 | 200.00 | 0.30 | 60.00 | Review Motion to Intervene by Colonial | ARCH |
| 123.022 | 10/05/2006 | 3 | A | 21 | 200.00 | 0.50 | 100.00 | Review Motion of Insurer to Intervene | ARCH |
| 123.022 | 11/02/2006 | 3 | U | 27 | 200.00 | 0.30 | 60.00 | Draft Local 7.1 certification; Telephone conferences with Attorney Fleury and Attorney Shannon | 57 |
| 123.022 | 11/03/2006 | 3 | U | 35 | 200.00 | 0.25 | 50.00 | Edit Certification and file with Court | 56 |

| Total for Client ID 123.022 | | | |
|---|---|---|---|
| Billable | 49.35 | 11134.81 | Bricklayers Local 3 |
| Non-billable | 7.25 | 1558.75 | Uni-Con Floors, Corp. |
| Total | 56.60 | 12693.56 | |

**GRAND TOTALS**

| | | |
|---|---|---|
| Billable | 49.35 | 11134.81 |
| Non-billable | 7.25 | 1558.75 |
| Total | 56.60 | 12693.56 |