**CERTIFICATE OF SERVICE**

      I, Jonathan M. Conti, Esq., do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 16th day of January 2007.

                                          /s/ Jonathan M. Conti_____
                                          Jonathan M. Conti, Esq.
                                          Feinberg, Campbell & Zack, P.C.
                                          177 Milk Street
                                          Boston, MA 02109
                                          617-338-1976