UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC.,<br> Plaintiff,<br><br>v.<br><br>BRICKLAYERS & ALLIED CRAFTSMEN<br>UNION, LOCAL 3 – EASTERN MASS.,<br> Defendant,<br><br>and<br><br>COLONIAL SURETY CO.,<br> Intervenor. | Case No. 05-10463 NG |

## AFFIDAVIT OF COUNSEL FOR COLONIAL SURETY CO.

I, Francis A. Shannon, III, Esq., upon oath hereby depose and state as follows:

1. I am sui juris, and competent and qualified to testify to the matters set forth in this affidavit.

2. I am an attorney licensed to practice within the Commonwealth of Massachusetts and before the United States District Court, District of Massachusetts.

3. I am the principal for the law firm of Shannon Law Associates, Inc., One Bowdoin Square, 9th Floor, Boston, Massachusetts 02114.

4. I am counsel for the Intervenor Colonial Surety Co. ("Colonial").

5. The documents attached to Colonial's Opposition To Local 3's Motion To Attach Personal Property at Exhibits A, B, and C are true and accurate copies of the documents represented.

Signed under the pains and penalties of perjury this 7th day of February, 2007.

COLONIAL SURETY CO.<br>
By its attorney,

Dated: <u>February 7, 2007</u>

<u>    /s/ Francis A. Shannon, III    </u><br>
Francis A. Shannon, III, Esq.<br>
BBO # 560651<br>
Shannon Law Associates, Inc.<br>
One Bowdoin Square, 9th Floor<br>
Boston, MA  02114<br>
(617) 263-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served a true copy of the above document upon the following parties by electronically filing through this Court's CM/ECF filing system and by first class mail, postage prepaid, this 7th day of February, 2007:

| | |
|---|---|
| Jonathan M. Conti, Esq.<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109 | David M. Fleury, Esq.<br>Carmichael & Zajac, P.C.<br>170 High Street<br>Taunton, MA 02780 |

<u>    /s/ Francis A. Shannon, III    </u><br>
Francis A. Shannon, III, Esq.

1606:018:affcounsel