UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC.,<br>    Plaintiff,<br><br>v.<br><br>BRICKLAYERS & ALLIED CRAFTSMEN<br>UNION, LOCAL 3 – EASTERN MASS.,<br>    Defendant,<br><br>and<br><br>COLONIAL SURETY CO.,<br>    Intervenor. | Case No. 05-10463 NG |

**CERTIFICATION OF COUNSEL FOR COLONIAL**

NOW COMES counsel for the Intervenor Colonial Surety Co. ("Colonial") and, pursuant to LR, D. Mass. Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, hereby certify as follows:

On February 6, 2007, I conferred with Jonathan M. Conti, Esq., counsel for the Defendant Bricklayers & Allied Craftsmen Union, Local 3 – Eastern Massachusetts ("Local 3"), in an attempt to resolve or narrow the issues contained in Defendant's Motion To Attach Personal Property and Colonial's Opposition To Local 3's Motion To Attach Personal Property. Attorney Conti and I were unable to resolve or narrow the relevant issues contained in Local 3's Motion To Attach Personal Property and Colonial's Opposition thereto.

                                                      COLONIAL SURETY CO.
                                                      By its attorney,

Dated: <u>February 7, 2007</u>                        <u>/s/ Francis A. Shannon, III</u>
                                                      Francis A. Shannon, III, Esq.
                                                      BBO # 560651
                                                      Shannon Law Associates, Inc.
                                                      One Bowdoin Square, 9th Floor
                                                      Boston, MA 02114
                                                      (617) 263-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served a true copy of the above document upon the following parties by electronically filing through this Court's CM/ECF filing system and by first class mail, postage prepaid, this 7th day of February, 2007:

| Jonathan M. Conti, Esq. | David M. Fleury, Esq. |
|---|---|
| Feinberg, Campbell & Zack, P.C. | Carmichael & Zajac, P.C. |
| 177 Milk Street | 170 High Street |
| Boston, MA 02109 | Taunton, MA 02780 |

                                                          <u>/s/ Francis A. Shannon, III</u>
                                                         Francis A. Shannon, III, Esq.

1606:018:certification-attach