UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNI-CON FLOORS, INC.  )<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BRICKLAYERS & ALLIED CRAFTSMEN )<br>UNION, LOCAL 3 – EASTERN  )<br>MASSACHUSETTS  )<br>Defendant.  )<br>) | C.A. No.: 05-10463 NG |

## JUDGMENT

This action having come on for consideration of Defendant Bricklayers and Allied Craftsmen Union, Local 3- Eastern Massachusetts' Motion for an Order for Entry of Judgment before the Honorable Nancy Gertner, United States District Judge and, the Court, having granted Defendant's Motion for Summary Judgment to enforce an Arbitration Award against Plaintiff Uni-Con Floors, Inc, and in favor of Defendant, on May 9, 2006, hereby enters this Judgment for Defendant against Plaintiff for a total of $192,103.00, which includes $184,463.10 in wages and benefits and $7,639.90 in attorney's fees and costs.

ORDERED, ADJUDGED AND DECREED that Defendant recover from Plaintiff the sum of $192,103.00.

Dated: 5/18/2007

_Jennifer Zito_
Clerk, U.S. District Court
Deputy Clerk