UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRICKLAYERS & ALLIED CRAFTSMEN, )
UNION LOCAL 3 – EASTERN )
    Plaintiff, )
    ) C.A. No.: 1:05-cv-10463-NG
v. )
    )
UNI-CON FLOORS, INC., )
    Defendants )

### SUGGESTION OF BANKRUPTCY

    Now comes the Defendant, Uni-Con Floors, Inc., and hereby states that on June 30, 2007, it filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the District of Massachusetts, which was assigned Docket No. 07-14118-JNF. Accordingly, this action and all proceedings hereunder are stayed pursuant to 11 U.S.C. sec. 362.

    Respectfully submitted,
    for the Defendants,
    by its Attorney,

    _____
    David M. Fleury, Esquire
    CARMICHAEL, ZAJAC & FLEURY, P.C.
    170 High Street
    Taunton, MA 02780
    (508) 821-2552
    B.B.O # 553860

Dated: August 2, 2007

### CERTIFICATION

I, David M. Fleury, hereby certify that on the 2nd day of August, 2007 a true copy of the within Suggestion Of Bankruptcy was faxed and mailed to Jonathan M. Conti, Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109 and Michael A. Feinberg, Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109.

    _____
    David M. Fleury, Esquire